Sylvia Dianne VINEYARD *v.* STATE of Arkansas

RC 89-25                                          771 S.W.2d 289

Supreme Court of Arkansas
Opinion delivered June 19, 1989

No response.

PER CURIAM. Appellant Sylvia Dianne Vineyard, by her attorney, has filed for a rule on the clerk. The attorney, Don G. Gillaspie, admits that the failure to file the record in time was due to fault on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.